B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bank Property, L.P. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-4112694 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2500 W. Higgins Road, Suite 400<br>Hoffman Estates, IL<br>ZIP Code 60169 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Bank Property, L.P. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Bank Property, L.P. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Salvatore A. Barbatano
_____
Signature of Attorney for Debtor(s)

Salvatore A. Barbatano 0109681
_____
Printed Name of Attorney for Debtor(s)

Shaw Gussis et al
_____
Firm Name
321 N. Clark Street
Suite 800
Chicago, IL 60654
_____
Address

312-541-0151  Fax: 312-980-3888
_____
Telephone Number
April 26, 2012
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Jeffrey S. Bandel
_____
Signature of Authorized Individual
Jeffrey S. Bandel
_____
Printed Name of Authorized Individual
Officer
_____
Title of Authorized Individual
April 26, 2012
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## Bank Property Limited Partnership

## <u>PARTNERSHIP RESOLUTION</u>

The undersigned, constituting the general partner and all of the limited partners of Bank Property Limited Partnership, an Illinois Limited Partnership (the "<u>Company</u>"), hereby waive any notice requirements and consent in writing to the adoption of the following resolutions by written consent in lieu of a meeting pursuant to applicable law:

WHEREAS, the general partner, Northwest Investor, Inc., an Illinois corporation (the "<u>General Partner</u>"), and Northwest Partners Limited Partnership, an Illinois limited partnership (the "<u>Limited Partner</u>" and, collectively with the General Partner, the "<u>Partners</u>"), have the authority to act on behalf of the Company pursuant to Company's by-laws.

WHEREAS, the Partners have considered the current financial and operational aspects of the Company's business;

WHEREAS, the Partners have considered the various options available to the Company in light of its current and anticipated operational status; and

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Partners, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "<u>Bankruptcy Code</u>");

RESOLVED, that Mr. Jeffrey S. Bandel is hereby designated as an officer of the Company;

RESOLVED, that the Partners and officers of the Company be, and each of them is, are hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at such time as said officer executing the same shall determine and in such form or forms as such the officer may approve;

RESOLVED, that, upon prior approval of the Partners or the officers of the Company be, and each of them is, hereby authorized on behalf of, and in the name of, the Company to execute any and all disclosure statements and plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at such time as said officer executing the same shall determine;

RESOLVED, that the firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC is hereby employed as general counsel for the Company in connection with the representation of the Company in its case under chapter 11 of the Bankruptcy Code;

{10365-001 RESO A0317120.DOC}

RESOLVED, that the firm of Belongia Shapiro and Franklin, LLP is hereby is employed as special counsel in connection with the representation of the Company pursuant to 11 U.S.C. § 327 of the Bankruptcy Code;

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to use cash collateral of the Company's current lenders, and granting liens, guarantees, pledges, mortgages and/or other security therefor;

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized to employ and retain additional legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by these Resolutions and any chapter 11 plan of reorganization or liquidation, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof;

RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Partners and/or the officers, such actions are hereby ratified and confirmed in their entirety; and

RESOLVED, the Company commits to hold harmless and indemnify the Partners and officers to the fullest extent available under applicable law.

IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of April, 2012.

GENERAL PARTNER:

                                      NORTHWEST INVESTOR, INC.
an Illinois corporation

By:
George A. Moser, President

LIMITED PARTNER:

NORTHWEST PARTNERS LIMITED
PARTNERSHIP, an Illinois limited
partnership

By:    NORTHWEST INVESTOR, INC.
Its general partner

By:
George A. Moser, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bank Property, L.P. _____    Case No. _____
                                          Debtor(s)          Chapter      11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br>*Name of creditor and complete mailing address including zip code* | (2) <br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Stonegate Development<br>2500 W. Higgins Road, Suite 400<br>Hoffman Estates, IL 60169 | Stonegate Development<br>2500 W. Higgins Road, Suite 400<br>Hoffman Estates, IL 60169<br>847-882-3300 | | | 2,356.19 |
| Belongia, Shapiro & Franklin, LLP<br>Attn:  Richard K. Hellerman<br>20 S. Clark St., Ste. 300<br>Chicago, IL 60603 | Richard K. Hellerman<br>Belongia, Shapiro & Franklin, LLP<br>20 S. Clark St., Ste. 300<br>Chicago, IL 60603<br>312-662-1040 | | | Unknown |
| Charter Financial Services, Inc.<br>2200 W. Higgins Road<br>Hoffman Estates, IL 60169 | Charter Financial Services, Inc.<br>2200 W. Higgins Road<br>Hoffman Estates, IL 60169 | | | Unknown |
| Charter National Bank<br>aka Barrington Bank & Trust<br>2200 W. Higgins Road<br>Hoffman Estates, IL 60169 | Charter National Bank<br>aka Barrington Bank & Trust<br>2200 W. Higgins Road<br>Hoffman Estates, IL 60169 | | | Unknown |
| Northwest Investors, Inc.<br>2500 W. Higgins Road<br>Suite 400<br>Hoffman Estates, IL 60169 | Northwest Investors, Inc.<br>2500 W. Higgins Road<br>Suite 400<br>Hoffman Estates, IL 60169 | | | Unknown |
| RSM McGladrey Inc.<br>5155 Paysphere Circle<br>Chicago, IL 60674 | RSM McGladrey Inc.<br>5155 Paysphere Circle<br>Chicago, IL 60674<br>313-634-3400 | | | Unknown |
| Secretary of State Dept of Bus Serv<br>LLC Section<br>Room 351, Howlett Building<br>Springfield, IL 62756 | Secretary of State Dept of Bus Serv<br>LLC Section<br>Room 351, Howlett Building<br>Springfield, IL 62756<br>217-785-8960 | | | Unknown |
| The Chicago Trust Company<br>959 S. Waukegan Road<br>Lake Forest, IL 60045 | Linda Pitrowski<br>The Chicago Trust Company<br>959 S. Waukegan Road<br>Lake Forest, IL 60045<br>773-298-6208 | | | Unknown |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re    Bank Property, L.P.                                          Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Officer of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    April 26, 2012                    Signature    /s/ Jeffrey S. Bandel

                                                       Jeffrey S. Bandel
                                                       Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   Bank Property, L.P.                Case No.                              
                               Debtor(s)         Chapter     11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                      12

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    April 26, 2012                      /s/ Jeffrey S. Bandel
                                                  Jeffrey S. Bandel/Officer
                                                  Signer/Title

Belongia, Shapiro & Franklin, LLP
Attn: Richard K. Hellerman
20 S. Clark St., Ste. 300
Chicago, IL 60603


Charter Financial Services, Inc.
2200 W. Higgins Road
Hoffman Estates, IL 60169


Charter National Bank
aka Barrington Bank & Trust
2200 W. Higgins Road
Hoffman Estates, IL 60169


Charter National Bank & Trust
as trustee under Trust No. 1880
2200 West Higgins Road
Hoffman Estates, IL 60169


Cole Taylor Bank
9550 W. Higgins Rd., 7th Floor
Des Plaines, IL 60018


Eric S. Rein
Horwood Marcus & Berk Chartered
500 W. Madison, Ste. 3700
Chicago, IL 60661


Northwest Investors, Inc.
2500 W. Higgins Road
Suite 400
Hoffman Estates, IL 60169


Northwest Partners L.P.
2500 W. Higgins Road
Suite 400
Hoffman Estates, IL 60169


RSM McGladrey Inc.
5155 Paysphere Circle
Chicago, IL 60674


Secretary of State Dept of Bus Serv
LLC Section
Room 351, Howlett Building
Springfield, IL 62756

```
Stonegate Development
2500 W. Higgins Road, Suite 400
Hoffman Estates, IL 60169


The Chicago Trust Company
959 S. Waukegan Road
Lake Forest, IL 60045
```